**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  09-MJ-00147-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  PRESTON A. WAGGONER,**

**Defendant.**

# ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

A Judgment was entered in this matter on November 10, 2009 as a part of the terms of the Judgment, the Court suspended $2,000.00 of the fine it imposed provided (1) that the Defendant no enter the Canyon of the Ancients National Monument for a period of 1 year and (2) that the Defendant write letters of apology to local newspapers, reviewed and approved by the BLM Ranger, and published at the expense of the Defendant.

**IT IS HEREBY ORDERED** the Court hereby determines that the Defendant has complied with the terms of the Judgment and that the Defendant has completed his monetary obligations to the Court.

**DATED:** *Nunc Pro Tunc* **to December 1, 2009.**

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**